**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**GUY CLAYTON BARNES**                                                              **PETITIONER**
**ADC #93209**

**VS.**                    **NO. 5:11CV00143-JMM-BD**

**RAY HOBBS, Director,
Arkansas Department of Correction**                            **RESPONDENT**

## ORDER

The Court has carefully reviewed the record in this case, the Recommended Disposition received from Magistrate Judge Beth Deere, and the objections to the recommendation filed by Mr. Barnes. The Court adopts the recommendation and dismisses Guy Clayton Barnes's petition for writ of habeas corpus (docket entry #1) without prejudice because the Court lacks jurisdiction over the claims raised in the petition.

When entering a final order adverse to a petitioner, the Court must issue or deny a certificate of appealability. See Rule 11 of the Rules Governing Section 2254 Cases in the United States District Court. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, Mr. Barnes has not provided a basis for this court to issue of a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED, this  7  day of  September , 2011.

_____
UNITED STATES DISTRICT JUDGE