## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**GUY CLAYTON BARNES**                                                      **PETITIONER**
**ADC #93209**

**VS.**                          **NO. 5:11CV00143-JMM-BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                **RESPONDENT**

### JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing Guy Clayton Barnes's petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this _7_ day of _September_, 2011.

_____
UNITED STATES DISTRICT JUDGE

1