**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**GUY CLAYTON BARNES**                                              **PETITIONER**
**ADC #93209**

**VS.**                 **NO. 5:11CV00143-JMM-BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                             **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Guy Clayton Barnes's petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this  7  day of  September , 2011.

                                                   _/s/ James M. Moody_
                                                   UNITED STATES DISTRICT JUDGE